BEFORE THE THIRD DIVISION, APRIL 2, 1962

**No. 66647.**—Schmidt, Pritchard & Co., Inc. *v.* United States, protest 60/27700 (New York).

Opinion by DONLON, J.   In accordance with oral stipulation of counsel that the merchandise, described on the invoice as 1,033 cartons frozen boneless mutton, is similar in all material respects to the beef the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), except that the merchandise here involved is mutton, the claim of the plaintiff was sustained.